*John Timbers*, in support of the petition.

*Marni Smith Katz*, in opposition.

Decided October 29, 1996

## LESLIE SRAGER ET AL. *v.* KENNETH KOENIG

The petition of attorney John Timbers for certification for appeal from the Appellate Court, 42 Conn. App. 617 (AC 14859), is denied.

*John Timbers*, in support of the petition.

*Marni Smith Katz*, in opposition.

Decided October 29, 1996

## STATE OF CONNECTICUT *v.* SCOTT ELIJAH

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 687 (AC 14733), is denied.

*John R. Williams*, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided October 29, 1996

## IROQUOIS GAS TRANSMISSION SYSTEM ET AL. *v.* HENRY J. MILESKI

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 47 (AC 14448), is denied.